UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-15661
Mark R. Eaton )
) Chapter: 13
) Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

## ORDER GRANTING FINA IP LLC'S MOTION TO MODIFY THE AUTOMATIC STAY

This case coming to be heard on FINA IP LLC'S MOTION TO MODIFY THE AUTOMATIC STAY AS TO 37033 N PARMA AVE, LAKE VILLA, ILLINOIS REGARDING PIN 06-02-328-011, due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

The motion is granted. The stay is modified as to the service of various notices, the application, prove up, issuance of a Tax Deed and enforcement of any subsequent Order of Possession and any other action by FINA IP LLC or their successors regarding 37033 N Parma Ave., Lake Villa, Illinois regarding PIN 06-02-328-011. In rem remedies only.

Federal Bankruptcy Rule 4001(a)(3) is not applicable to this order.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 25, 2021

**Prepared by:**

Paul M. Bach
Bach Law Offices, Inc.
P.O. Box 1285
Northbrook, IL 60065
847 564 0808